EPSTEIN BECKER & GREEN, P.C.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 642-1900
Attorneys for Defendants
Shell Oil Company, Shell Oil Products Company LLC
Shell Oil Products USA and Motiva Enterprises LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BUDD LAKE THREE INVESTORS, INC. AND RPC, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY, SHELL OIL PRODUCTS USA, MOTIVA ENTERPRISES LLC AND ABC CORP, <br><br> Defendants. | Civil Action No.: 07-CV-5743 (PGS) <br><br> CIVIL ACTION <br><br> **ORDER OF DISMISSAL** |

The parties having advised the Court that this matter has been settled, it is hereby **ORDERED** that:

This matter be and hereby is dismissed.

**IT IS FURTHER ORDERED** that:

In the event that a settlement agreement is not fully executed by all parties within sixty (60) days of the date hereof, any party may seek to reinstate the matter by filing a notice with the Court with copies to the parties.

NE:3009065v1

- 2 -

**IT IS FURTHER ORDERED** that:

If the matter is not reinstated as set forth above within sixty (60) days of the date hereof, this order will become final and the matter dismissed with prejudice.

Date: February 20, 2008

~~Honorable Ester Salas, U.S.M.J.~~
Peter G. Sheridan, USDJ